PROB 35                                       **ORDER TERMINATING PROBATION**
                                              **PRIOR TO EXPIRATION DATE**

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05MJ00289-001** |
| ) | |
| **CHENG YANG** ) | |

On November 2, 2005, the above-named was placed on limited probation for a period of 6 months. On April 21, 2006, the offender's probation was extended for an additional 6 months based on his failure to complete the Court-ordered community service. On July 6, 2006, the offender completed his 50 hours of community service as well as satisfying his $250 fine and $10 special assessment. Further, he has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                           Respectfully submitted,

                                           /s/ Scott J. Waters

                                           **Scott J. Waters**
                                 **Senior United States Probation Officer**

Dated:       August 21, 2006
              Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                         **Bruce A. Vasquez**
                         **Supervising United States Probation Officer**

 SJW:sjw
Attachment:    Recommendation
cc:     Stanley A. Boone
        Assistant United States Attorney

Rev. 03/2005
PROB35.MRG

**Re: YANG, Cheng
Docket Number: 1:05MJ00289-01
ORDER TERMINATING PROBATION
<u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

| **Dated:** September 7, 2006 | /s/ Sandra M. Snyder |
|---|---|
| icido3 | UNITED STATES MAGISTRATE JUDGE |